FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2015 AUG 26  PM 5: 12

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. CCB 15-0468 |
| | * | DEPUTY |
| | * | (Conspiracy to Distribute and Possess |
| | * | with Intent to Distribute Cocaine, |
| v. | * | Heroin, and Cocaine Base; 21 U.S.C. § |
| | * | 846; Possession with Intent to Distribute |
| SHONGO LECARR OWENS | * | Cocaine and Cocaine Base, 21 U.S.C. § |
| a/k/a "G.O.," a/k/a "Chuck", | * | 841;Attempted Possession with Intent to |
| | * | Distribute Cocaine and Heroin, 21 |
| CURTIS JEROME HANCE | * | U.S.C. § 846; Use of A Communication |
| | * | Facility In Causing And Facilitating |
| JEREMY MICHAEL MONTGOMERY | * | The Commission Of Felonies Under The |
| a/k/a "Mike", | * | Controlled Substances Act, 21 U.S.C. § |
| | * | 843(b);Maintaining A Drug-Involved |
| TRACY ANN MESSENGER, | * | Premises; 21 U.S.C. § 856(a)(1); |
| | * | Possession of Firearm in Furtherance of |
| QUINTANA MONIQUE DAVIS, | * | a Drug Trafficking Crime, 18 U.S.C. § |
| | * | 924(c); Felon In Possession, 18 U.S.C. § |
| LAUREN LEE BROWN, | * | 922(g)(1); Aiding and Abetting, 18 |
| | * | U.S.C. § 2; Distribution of Cocaine |
| JOHN LEWIS LONG, | * | Base, 21 U.S.C. § 841) |
| | * | |
| KIARA FOUST, | * | |
| | * | |
| ANDREW SMITH, | * | |
| | * | |
| TYDRIC DONTIA HOLT, | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

## <u>COUNT ONE</u>

1. The Grand Jury for the District of Maryland charges that:

   From in or about October 2013, and continuing through in or about August, 2015, in the

District of Maryland, the Central District of California, the Middle District of North Carolina,

and elsewhere,

**SHONGO LECARR OWENS**
a/k/a " G.O.," a/k/a "Chuck",

**CURTIS JEROME HANCE,**

**JEREMY MICHAEL MONTGOMERY**
a/k/a "Mike",

**TRACY ANN MESSENGER,**

**QUINTANA MONIQUE DAVIS,**

**LAUREN LEE BROWN,**

**JOHN LEWIS LONG,**

**KIARA FOUST,**

**ANDREW SMITH,**
**and**
*TYDRIC DONTIA HOLT,*

the defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of: cocaine, a Schedule II controlled substance; heroin, a Schedule I controlled substance; and cocaine base, commonly known as "crack", a Schedule II controlled substance, all in violation of Title 21, United States Code Section 841(a)(1).

### Quantity of Controlled Substances Involved in the Conspiracy

2.     With respect to **SHONGO LECARR OWENS, a/k/a " G.O.", a/k/a "Chuck",** **CURTIS JEROME HANCE,** and **QUINTANA MONIQUE DAVIS,** the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture or

2

substance containing a detectable amount of cocaine and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, all in violation of 21 U.S.C. § 841(b)(1)(A);

      3.    With respect to **TRACY ANN MESSENGER, LAUREN LEE BROWN, JOHN LEWIS LONG**, and **KIARA FOUST**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A);

      4.    With respect to **JEREMY MICHAEL MONTGOMERY, a/k/a "Mike"**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture or substance containing a detectable amount of cocaine, and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, "crack", all in violation of 21 U.S.C. § 841(b)(1)(A);

      5.    With respect to **ANDREW SMITH**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(B)(i);

      6.    With respect to **TYDRIC DONTIA HOLT**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, "crack", in violation of 21 U.S.C. § 841(b)(1)(A).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about June 24, 2015, in the State and District of Maryland,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**
and
**ANDREW SMITH,**

the defendants herein, did knowingly, intentionally and unlawfully possess with the intent to

distribute 500 grams or more of a quantity of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the State and District of Maryland,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**

the defendant herein, did knowingly, intentionally and unlawfully possess with the intent to

distribute 5 kilograms or more of a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the State and District of Maryland,

### JEREMY MICHAEL MONTGOMERY
### a/k/a "Mike",

the defendant herein, did knowingly, intentionally and unlawfully possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, "crack", a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the State and District of Maryland,

### LAUREN LEE BROWN,

the defendant herein, did knowingly, intentionally and unlawfully possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SIX

The Grand Jury for the District of Maryland further charges that:

On and between January 26, 2015, and January 30, 2015, in the District of Maryland,

### SHONGO LECARR OWENS,
### a/k/a " G.O.", a/k/a "Chuck",

the defendant herein, did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

21 U.S.C. § 846

## COUNT SEVEN

The Grand Jury for the District of Maryland further charges that:

On and between May 11, 2015, and May 13, 2015, in the District of Maryland,

**SHONGO LECARR OWENS**,
**a/k/a " G.O.", a/k/a "Chuck",**
and
**CURTIS JEROME HANCE,**

the defendants herein, did knowingly and intentionally attempt to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

21 U.S.C. § 846

## COUNT EIGHT

The Grand Jury for the District of Maryland further charges that:

On and between August 6, 2015, and August 12, 2015, in the District of Maryland,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**

the defendant herein, did knowingly and intentionally attempt to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

21 U.S.C. § 846

## COUNT NINE

The Grand Jury for the District of Maryland further charges that:

On and between January 26, 2015, and January 30, 2015, in the District of Maryland, the Central District of California, and elsewhere,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**

the defendant herein, did knowingly and intentionally use a communication facility, to wit: the mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, the offense set forth in Counts One and Six of this indictment, which are incorporated by reference herein.

21 U.S.C. § 843(b)

18 U.S.C. § 2

## COUNT TEN

The Grand Jury for the District of Maryland further charges that:

On and between May 11, 2015, and May 13, 2015, in the District of Maryland, the

Central District of California, and elsewhere,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**
and
**CURTIS JEROME HANCE,**

the defendants herein, did knowingly and intentionally use a communication facility, to wit: the

mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United

States Code, Section 846, that is, the offense set forth in Counts One and Seven of this

indictment, which are incorporated by reference herein.

21 U.S.C. § 843(b)

18 U.S.C. § 2

## COUNT ELEVEN

The Grand Jury for the District of Maryland further charges that:

On and between August 6, 2015, and August 12, 2015, in the District of Maryland, the Central District of California, and elsewhere,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**

the defendant herein, did knowingly and intentionally use a communication facility, to wit: the mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, the offense set forth in Counts One and Eight of this indictment, which are incorporated by reference herein.

21 U.S.C. § 843(b)

18 U.S.C. § 2

## COUNT TWELVE

The Grand Jury for the District of Maryland further charges that:

On and between December, 2014 and August 2015, in the State and District

of Maryland,

**SHONGO LECARR OWENS**
**a/k/a " G.O. ", a/k/a "Chuck",**
and
**CURTIS JEROME HANCE,**

the defendants herein, did knowingly, intentionally, and unlawfully use and maintain the

premises at 1713 Leisure Way, Crofton, Maryland, for the purpose of manufacturing, storing,

distributing and using cocaine, a Schedule II controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT THIRTEEN

The Grand Jury for the District of Maryland further charges that:

On and between January, 2015, and August 2015, in the State and District of

Maryland,

**SHONGO LECARR OWENS**
**a/k/a " G.O.", a/k/a "Chuck",**
and
**CURTIS JEROME HANCE,**

the defendants herein, did knowingly, intentionally, and unlawfully use and maintain the

premises at 1669 Forest Hill Court, Crofton, Maryland, for the purpose of manufacturing,

storing, distributing and using cocaine, a Schedule II controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT FOURTEEN

The Grand Jury for the District of Maryland further charges that:

In or about May, 2015, in the State and District of Maryland,

### CURTIS JEROME HANCE,

the defendant herein, did knowingly, intentionally, and unlawfully use and maintain the premises

at 6868 Distribution Drive, Beltsville, Maryland, for the purpose of manufacturing, storing,

distributing and using cocaine, a Schedule II controlled substance and heroin, a Schedule I

controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT FIFTEEN

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the State and District of Maryland,

**SHONGO LECARR OWENS**
**a/k/a " G.O.", a/k/a "Chuck",**
and
**TRACY ANN MESSENGER,**

the defendants herein, did knowingly, intentionally, and unlawfully use and maintain the

premises at 1433 South Main Chapel Way, Apt. B201, Gambrills, Maryland, for the purpose of

manufacturing, storing, distributing, and using cocaine, a Schedule II controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT SIXTEEN

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the State and District of Maryland,

**SHONGO LECARR OWENS**
**a/k/a " G.O.", a/k/a "Chuck",**
and
**LAUREN LEE BROWN,**

the defendants herein, did knowingly, intentionally, and unlawfully use and maintain the

premises at 3154 Gosheff Lane, Gambrills, Maryland, for the purpose of manufacturing, storing,

distributing and using cocaine, a Schedule II controlled substance.


21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT SEVENTEEN

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the State and District of Maryland,

### JEREMY MICHAEL MONTGOMERY
### a/k/a "Mike",

the defendant herein, did knowingly, intentionally, and unlawfully use and maintain the premises

at 8561 Veteran's Highway, Millersville, Maryland, for the purpose of manufacturing, storing,

distributing and using cocaine and cocaine base, Schedule II controlled substances.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT EIGHTEEN

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the District of Maryland,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**

the defendant herein, did knowingly and intentionally and unlawfully possess the following

firearms, to wit: a Luger handgun, 9mm, Model AB-10, s/n A009071; a Springfield Armory

handgun, .45 caliber, model XP, s/nXD657119; and a Smith & Wesson handgun, .40 cal, s/n

TYR1334, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of

the United States, as set forth in Counts One, Two, Three, Six, Seven, and Eight of this

Indictment, which are incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT NINETEEN

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the District of Maryland,

### JEREMY MICHAEL MONTGOMERY
### a/k/a "Mike",

the defendant herein, did knowingly and intentionally and unlawfully possess the following

firearms, to wit: a Taurus Rossi, Model 38 special revolver, .38 cal, s/n F079990; and a Ruger,

Model P89, 9mm, s/n 304-38624, in furtherance of drug trafficking crimes for which he may be

prosecuted in a court of the United States, as set forth in Counts One and Four of this Indictment,

which are incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## <u>COUNT TWENTY</u>

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the District of Maryland,

**SHONGO LECARR OWENS,**
**a/k/a " G.O.", a/k/a "Chuck",**

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess the following firearms in and affecting commerce: a Luger handgun, 9mm, Model AB-10, s/n A009071; a Springfield Armory handgun, .45 caliber, model XP, s/nXD657119; and a Smith & Wesson handgun, .40 cal, s/n TYR1334.

18 U.S.C. § 922(g)(1)

## COUNT TWENTY-ONE

The Grand Jury for the District of Maryland further charges that:

On or about August 13, 2015, in the District of Maryland,

### JEREMY MICHAEL MONTGOMERY
### a/k/a "Mike",

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess the following firearms in and affecting commerce: a Taurus Rossi, Model 38 special revolver, .38 cal, s/n F079990 and a Ruger, Model P89, 9mm, s/n 304-38624.

18 U.S.C. § 922(g)(1)

## COUNT TWENTY-TWO

The Grand Jury for the District of Maryland further charges that:

On or about, December 12, 2014, in the District of Maryland,

## TYDRIC DONTIA HOLT,

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT TWENTY-THREE

The Grand Jury for the District of Maryland further charges that:

On or about, December 19, 2014, in the District of Maryland,

## TYDRIC DONTIA HOLT,

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT TWENTY-FOUR

The Grand Jury for the District of Maryland further charges that:

On or about, March 12, 2015, in the District of Maryland,

### TYDRIC DONTIA HOLT,

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

# FORFEITURE

The Grand Jury further finds that:

1.     Pursuant to Title 21, United States Code, Section 853, upon conviction of one or more of the controlled substance offenses alleged in Counts One through Seventeen, and Counts Twenty-Two through Twenty-Four of this indictment, each defendant shall forfeit to the United States of America any property, real or personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property, real or personal, used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to:

- $553,214 in U.S. currency, seized as part of the investigation;

- Jewelry and watches to include the following:

> One (1) Brietling watch; One (1) Rolex Watch; Two (2) Gucci watches; One (1) ring with possible diamonds (all recovered from 3154 Gosheff Lane, Gambrills, Maryland); One (1) Gold colored bracelet; One (1) Gold colored necklace; One (1) Clear gemstone necklace; One (1) Clear gemstone bracelet; One (1) Necklace with "Chillin' Hard Music" medallion with clear gemstones; One (1) Gold colored watch labeled "Rolex"; One (1) Watch with clear gemstones labeled "AP Royal Oak Off Shore"; One (1) Jesus pendant with clear gemstones; One (1) "YGG" pendant with clear gemstones; One (1) Eagle pendant with clear gemstones (all recovered from 1433 S. Main Chapel Way, #B201, Gambrills, Maryland); One (1) Rolex watch (recovered from 1713 Leisure Way, Crofton, Maryland); One (1) copper colored watch with "Rolex" on the face
> One (1) pair of earrings with clear colored stones, One (1) copper colored necklace, One (1) gold colored bracelet with the word "Cartier" stamped on the inside ( all seized from the person of Shongo Lecarr Owens).

- Automobiles to include the following:

> 2014 Ford Focus, VIN # 1FADP3J20EL234150;
> 2015 Jeep Grand Cherokee, VIN# 1C4RJFDJXFC608562;
> 2009 7 Series BMW, VIN# WBAKA83500CY35343;
> 2004 Mercedes, VIN # 55SWF6GB0FU010622;
> 2016 Mercedes Maybach, VIN # WDDUX7GB0GA163772;
> 2007 Honda Accord, VIN # THMCN36447C000794;

2.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property charged with forfeiture above.

2. As a result of the offenses set forth in Counts Eighteen, Nineteen, Twenty and Twenty-One of this indictment, the Defendants, **SHONGO LECARR OWENS, a/k/a "G.O.", a/k/a "Chuck"** and **JEREMY MICHAEL MONTGOMERY, a/k/a "Mike"**, shall forfeit to the United States the firearms identified in Counts Eighteen, Nineteen, Twenty and Twenty-One the indictment.

21 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a), Fed. R. Crim. P.; 18 U.S.C. § 924(d).

Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Foreperson

Date: 8/24/15

28